# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONIQUE M. ROMERO, | ) | 1:07cv0165 AWI DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | |
| | ) | |
| MBNA AMERICA BANK, NA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff Monique M. Romero ("Plaintiff"), proceeding pro se, removed the instant action from state court on January 29, 2007.

      On March 23, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED on the grounds that Plaintiff wrongly attempted to remove an underlying arbitration proceeding to this Court.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty (30) days have passed and Plaintiff has not filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 23, 2007, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                              **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE